Ruben Arrollo CAMPOS,
Petitioner–Appellant

v.

UNITED STATES of America; Warden, RCDC III; Bureau of Prisons; Geo Group; United States Attorney General, Respondents–Appellees.

No. 12–50898
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 2, 2013.

Ruben Arrollo Campos, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Ruben Arrollo Campos, federal prisoner # 22699–057, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis (IFP) to appeal the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. His arguments are foreclosed by this court's decision in *Gallegos–Hernandez v. United States,* 688 F.3d 190, 192–93 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365, 2012 WL 4462145 (U.S. Oct. 29, 2012) (No. 12–6450).

Accordingly, Campos's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.